CLERK'S OFFICE
A TRUE COPY
Jan 26 2015
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, LA

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION                               MDL No. 2592

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −8)**

On December 12, 2014, the Panel transferred 20 civil action(s) to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.2d_ (J.P.M.L. 2014). Since that time, 44 additional action(s) have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E Fallon.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of December 12, 2014, and, with the consent of that court, assigned to the Honorable Eldon E Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 26, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2592

### SCHEDULE CTO−8 − TAG−ALONG ACTIONS

| | DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|---|
| | ALABAMA NORTHERN | | | |
| 15-183 | ALN | 2 | 14−02411 | Eaton v. Janssen Research & Development LLC et al |
| 15-184 | ALN | 2 | 14−02444 | Stallings v. Janssen Research & Development LLC et al |
| 15-185 | ALN | 6 | 14−02449 | Christian v. Janssen Research and Development LLC et al |
| | ALABAMA SOUTHERN | | | |
| 15-186 | ALS | 1 | 15−00001 | Pope v. Janssen Research & Development LLC et al |
| | CALIFORNIA CENTRAL | | | |
| 15-187 | CAC | 5 | 14−02370 | Mary J. Bridwell v. Janssen Research & Development LLC, et al. |
| | CONNECTICUT | | | |
| 15-188 | CT | 3 | 14−01941 | Hamilla v. Janssen Research & Development LLC et al |
| | FLORIDA MIDDLE | | | |
| 15-189 | FLM | 8 | 14−02901 | Howard v. Janssen Research & Development LLC et al |
| | FLORIDA SOUTHERN | | | |
| 15-190 | FLS | 0 | 15−60014 | Carrillo v. Janssen Research & Development LLC et al |
| 15-191 | FLS | 0 | 15−60018 | Cannity v. Janssen Research & Development LLC et al |
| | GEORGIA MIDDLE | | | |
| 15-192 | GAM | 4 | 15−00003 | TATOM et al v. JANSSEN RESEARCH & DEVELOPMENT LLC et al |
| | ILLINOIS CENTRAL | | | |
| 15-193 | ILC | 2 | 14−02285 | Hartman v. Janssen Research and Development LLC et al |

## ILLINOIS NORTHERN

| 15-194 | ILN | 1 | 14−10255 | Koehler v. Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC et al |

## ILLINOIS SOUTHERN

| | ILS | 3 | 14−01276 | Lies et al v. Janssen Research & Development LLC et al  Opposed 1/26/ |
| 15-196 | ILS | 3 | 14−01278 | Williams v. Janssen Research & Development LLC et al |
| 15-197 | ILS | 3 | 14−01349 | Fuller v. Janssen Research & Development LLC et al |
| 15-198 | ILS | 3 | 14−01350 | Ross v. Janssen Research & Development LLC et al |
| 15-199 | ILS | 3 | 14−01351 | Grantz v. Janssen Research & Development LLC et al |

## KANSAS

| 15-200 | KS | 2 | 14−02644 | Salama v. Janssen Research & Development et al |

## KENTUCKY WESTERN

| 15-201 | KYW | 5 | 14−00214 | Brown v. Janssen Research & Development LLC et al |

## LOUISIANA WESTERN

| 15-202 | LAW | 6 | 14−03485 | Miller et al v. Janssen Research & Development L L C et al |

## MICHIGAN EASTERN

| 15-203 | MIE | 2 | 14−14798 | Stroud v. Janssen Research & Development, LLC et al |

## MISSOURI WESTERN

| 15-204 | MOW | 4 | 14−01086 | Vilmer v. Janssen Research & Development LLC et al |

## NEVADA

| 15-205 | NV | 2 | 14−01870 | Frederickson et al v. Jassen Research & Development LLC, et al |
| 15-206 | NV | 3 | 14−00644 | Moses et al v. Janssen Research & Development, LLC et al |

## NEW JERSEY

| 15-207 | NJ | 3 | 14−07748 | SHOOK v. JANSSEN RESEARCH & DEVELOPMENT LLC et al |

## NEW YORK EASTERN

| | NYE | 1 | 14−07214 | Swoopes v. Janssen Research & Development, LLC et al  Opposed 1/26/15 |
| 15-208 | NYE | 1 | 14−07472 | |

| | | | | |
|---|---|---|---|---|
| | | | | Colasanto v. Janssen Research & Development LLC et al |
| 15-209 | NYE | 2 | 14−07465 | Loverde v. Janssen Research & Development, LLC et al |

### NEW YORK SOUTHERN

| | | | | |
|---|---|---|---|---|
| 15-210 | NYS | 1 | 14−09094 | Carral et al v. Janssen Research & Development L.L.C. et al |
| 15-211 | NYS | 1 | 14−10197 | Robinson v. Janssen Research & Development LLC et al |
| 15-212 | NYS | 1 | 14−10199 | Mcintyre et al v. Janssen Research & Development LLC et al |

### NORTH CAROLINA EASTERN

| | | | | |
|---|---|---|---|---|
| 15-213 | NCE | 4 | 15−00001 | Andersen v. Janssen Research & Development LLC et al |

### NORTH CAROLINA WESTERN

| | | | | |
|---|---|---|---|---|
| 15-214 | NCW | 3 | 15−00001 | Brown et al v. Janssen Research & Development LLC et al |

### OREGON

| | | | | |
|---|---|---|---|---|
| 15-215 | OR | 2 | 14−02040 | Myers v. Janssen Research & Development et al |

### PENNSYLVANIA EASTERN

| | | | | |
|---|---|---|---|---|
| 15-216 | PAE | 2 | 14−07044 | DIAZ v. JANSSEN RESEARCH & DEVELOPMENT LLC et al |

### TENNESSEE EASTERN

| | | | | |
|---|---|---|---|---|
| 15-217 | TNE | 1 | 14−00345 | Pettus et al v. Janssen Research & Development, LLC, et al |
| 15-218 | TNE | 3 | 14−00602 | Sutton v. Janssen Research & Development, LLC et al (PLR2) |

### TENNESSEE MIDDLE

| | | | | |
|---|---|---|---|---|
| 15-219 | TNM | 3 | 15−00037 | Goble v. Janssen Research & Development et al |

### TEXAS EASTERN

| | | | | |
|---|---|---|---|---|
| 15-220 | TXE | 1 | 14−00676 | Barnett v. Janssen Research & Developement, LLC et al |
| 15-221 | TXE | 9 | 14−00166 | Allensworth v. Janssen Research & Development LLC et al |

### TEXAS NORTHERN

| | | | | |
|---|---|---|---|---|
| 15-222 | TXN | 3 | 15−00015 | Craig v. Janssen Research & Development LLC et al |
| 15-223 | TXN | 4 | 14−01018 | Carothers v. Janssen Research & Development, LLC et al |

| | | | | |
|---|---|---|---|---|
| 15-224 | TXN | 6 | 14−00073 | Henry v. Janssen Research & Development, LLC fka Johnson & Johnson Pharmaceutical Research & Developement, LLC et al |

### TEXAS SOUTHERN

| | | | | |
|---|---|---|---|---|
| 15-225 | TXS | 3 | 14−00401 | Jettun v. Janssen Research & Development, LLC et al |
| 15-226 | TXS | 4 | 14−03469 | Thorn−Jennings v. Janssen Research & Development LLC et al |

### TEXAS WESTERN

| | | | | |
|---|---|---|---|---|
| 15-227 | TXW | 1 | 14−01143 | Davis et al v. Janssen Research & Development LLC et al |
| 15-228 | TXW | 5 | 14−01076 | Willborn et al v. Janssen Research & Development LLC et al |

### WEST VIRGINIA SOUTHERN

| | | | | |
|---|---|---|---|---|
| 15-229 | WVS | 2 | 14−29520 | Morris v. Janssen Research & Development LLC et al |
| 15-230 | WVS | 2 | 14−30672 | Rose et al v. Janssen Research & Development LLC et al |
| 15-231 | WVS | 2 | 14−31347 | Raines v. Janssen Research & Development LLC, et al. |